| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:24-cv-02508 |
|---|---|---|---|

| Federal Trade Commission |
|---|
| *versus* |
| Tempur Sealy International, Inc. and Mattress Firm Group Inc. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | William Sohn<br>Federal Trade Commission<br>600 Pennsylvania Ave NW<br>Washington, DC 20580<br>(202) 326-3356<br>wsohn@ftc.gov<br>DC Bar No. 1017274 |
|---|---|

| Name of party applicant seeks to appear for: | Federal Trade Commission |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/3/2024 | Signed: | /s/ William Sohn |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**                                  **This lawyer is admitted *pro hac vice*.**

Dated: _____           _____
                                                                    United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2024, I caused the foregoing document to be served on all counsel of record using the ECF system of the United States District Court for the Southern District of Texas.

I further certify that I caused the foregoing document to be served on the following counsel via electronic mail:

D. Bruce Hoffman
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 974-1500
Email: bhoffman@cgsh.com

*Counsel for Defendant Tempur Sealy International, Inc.*

Sara Y. Razi
Simpson Thacher & Bartlett LLP
900 G Street NW
Washington, DC 20001
Telephone: (202) 636-5582
Email: sara.razi@stblaw.com

*Counsel for Defendant Mattress Firm Group Inc.*

/s/ William Sohn
William Sohn
DC Bar No. 1017274 *(Pro Hac Vice)*
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-3356
Email: wsohn@ftc.gov

*Counsel for Plaintiff*
*Federal Trade Commission*