UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| Federal Trade Commission, | Civil Action No. 4:24-cv-02508 |
| Plaintiff, | |
| vs. | Judge Charles Eskridge |
| Tempur Sealy International, Inc., *et al.*, | |
| Defendants. | |

[PROPOSED] SCHEDULING AND DOCKET CONTROL ORDER

The following schedule will control disposition of this case.

| Event | Deadline |
|---|---|
| Start of Discovery | July 22, 2024 |
| Plaintiff Produces Investigative File | Five days after entry of the Protective Order or under 16 C.F.R. § 3.31, whichever comes first |
| Defendants File Answers to Complaint | July 23, 2024 |
| Exchange of Initial Fact Witness Lists | July 30, 2024 |
| Deadline for Issuing Requests for Written Discovery and Subpoenas | August 16, 2024 |
| Good Faith Commitment to Complete Party Depositions | September 13, 2024 |
| Close of Fact Discovery | September 20, 2024 |
| Plaintiff Serves Expert Disclosure and Report(s) | September 23, 2024 |

| Event | Deadline |
|---|---|
| Plaintiff Files Preliminary Injunction Motion | October 4, 2024 |
| Defendants Serve Expert Disclosures and Report(s) | October 14, 2024 |
| Exchange of Final Witness Lists, Exhibit Lists, [and Deposition Designations] | October 16, 2024 |
| Plaintiff Serves Any Rebuttal Expert Report(s) | October 21, 2024 |
| Each Side Exchanges Objections to Exhibit Lists, [Objections to Deposition Designations, and Counter-Designations] | October 23, 2024 |
| Each party informs each third party of all documents produced by that third party that are on that party's Exhibit List or of any Deposition Designations or Counter-Designations from that third party's deposition | October 24, 2024 |
| Defendants File Opposition to Plaintiff's Motion for Preliminary Injunction | October 25, 2024 |
| Close of Expert Discovery | October 29, 2024 |
| Third parties provide notice whether they object to the potential public disclosure at hearing of any third-party documents and depositions, explain the basis for any such objections, and propose redactions where possible | October 30, 2024 |
| Deadline for Motions under Federal Rule of Evidence 702 | November 1, 2024 |
| Parties meet and confer regarding admissibility of hearing exhibits | November 1, 2024 (and as required thereafter) |

| Event | Deadline |
| --- | --- |
| Parties meet and confer regarding disputes about confidentiality of party documents on trial exhibit lists | November 1, 2024 |
| Parties and third parties meet and confer regarding confidentiality of third-party documents on trial exhibit lists and third-party depositions | November 4, 2024 |
| Joint Prehearing Statement Deadline | November 4, 2024 |
| Plaintiff Files Reply to Defendants' Opposition to Motion for Preliminary Injunction | November 4, 2024 |
| *In Camera* Designation Deadline | November 6, 2024 |
| Joint submission regarding disputes about admissibility of hearing exhibits | November 6, 2024 |
| Deadline for Response to Motions under Federal Rule of Evidence 702 | November 8, 2024 |
| Pre-Hearing Conference | November 8, 2024 |
| Evidentiary Hearing Begins | November 14, 2024 |
| Proposed Findings of Fact and Conclusions of Law and Any Post-Hearing Briefs Due | Fourteen days after evidentiary hearing ends |

Signed on _____, at Houston Texas.

_____

Hon. Charles Eskridge
United States District Judge.