United States District Court
Southern District of Texas
**ENTERED**
July 29, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Federal Trade Commission, § | § | CIVIL ACTION NO. 4:24-cv-02508 |
| Plaintiff, | § | |
| | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| vs. | § | |
| | § | |
| | § | |
| Tempur Sealy International, Inc., *et al.* | § | |
| Defendants. | | |

### ORDER

On July 25, 2024, Defendants filed an Unopposed Motion for an Extension. The Court hereby GRANTS that Motion and ORDERS that Defendants and other parties shall have until August 2, 2024, to file a motion to keep under seal confidential information in the Complaint and that the Complaint's currently sealed information shall be kept under seal until then.

SO ORDERED.

Signed on July 29, 2024 at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge

1