UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Federal Trade Commission,<br>       Plaintiff,<br><br>vs.<br><br>Tempur Sealy International, Inc., *et al.*,<br>       Defendants. | Civil Action No. 4:24-cv-02508<br><br>Judge Charles Eskridge |

**DEFENDANT TEMPUR SEALY INTERNATIONAL INC.'S DISCLOSURE OF INTERESTED PERSONS**

Pursuant to this Court's Order, *see* ECF No. 47, Defendant Tempur Sealy International Inc. hereby discloses the following known attorneys of record and known persons or entities financially interested in this litigation.

1. <u>Tempur Sealy International, Inc.</u> (publicly traded company) – Defendant

2. Mattress Firm Group Inc. – Defendant

3. Allyson Maltas – Attorney of Record for Plaintiff

4. Cleary Gottlieb Steen & Hamilton LLP – Attorneys of Record for Tempur Sealy

5. Beck Redden LLP – Attorneys of Record for Tempur Sealy

6. Simpson Thacher & Bartlett LLP – Attorneys of Record for Mattress Firm

Dated: August 7, 2024                Respectfully submitted,

/s/ Ryan A. Shores

Ryan A. Shores (*pro hac vice pending*)
D. Bruce Hoffman (*pro hac vice pending*)
Daniel P. Culley (*pro hac vice pending*)
Matthew I. Bachrack (*pro hac vice pending*)
Blair W. Matthews (*pro hac vice pending*)
Jacob M. Coate (*pro hac vice pending*)
Gabriel J. Lazarus (*pro hac vice pending*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Ave., NW
Washington, D.C. 20037
202-974-1500
bhoffman@cgsh.com
rshores@cgsh.com
dculley@cgsh.com
mbachrack@cgsh.com
bmatthews@cgsh.com
jcoate@cgsh.com
glazarus@cgsh.com

Heather S. Nyong'o (*pro hac vice pending*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
650 California St.
San Francisco, CA 94108
415-796-4400
hnyongo@cgsh.com

Lina Bensman (*pro hac vice pending*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
212-225-2000
lbensman@cgsh.com

Alex B. Roberts
Federal Bar No. 865757
Texas State Bar No. 24056216
aroberts@beckredden.com

Garrett S. Brawley
Federal Bar No. 3311277
Texas State Bar No. 24095812
gbrawley@beckredden.com
Maryam Ghaffer
Federal Bar No. 3710605
Texas State Bar No. 24120847
mghaffer@beckredden.com
BECK REDDEN LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

*Counsel for Tempur Sealy International, Inc.*

**Certificate of Service**

I hereby certify that on August 7, 2024, I electronically filed a true and correct copy of the foregoing document using this Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

<u>/s/ Ryan A. Shores</u>
Ryan A. Shores