Case 4:24-cv-02508   Document 90   Filed on 08/19/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 19, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:24-cv-02508 |
|---|---|---|---|

| Federal Trade Commission |
|---|
| *versus* |
| Tempur Sealy International, Inc., et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Andrew Finch<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>212-373-3417; afinch@paulweiss.com<br>New York Bar Admission No. 4435913 |
|---|---|

| Name of party applicant seeks to appear for: | Mattress Warehouse, LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes ____   No ✓ ____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/16/2024 | Signed: | /s/ Andrew Finch |
|---|---|---|

The state bar reports that the applicant's status is: Currently registered.

Dated: 08·16·2024   Clerk's signature: *[signature]*

### Order

Dated: August 19, 2024

This lawyer is admitted *pro hac vice*.

*[signature]* Chas R Eskridge III
United States District Judge