United States District Court
Southern District of Texas
**ENTERED**
September 04, 2024
Nathan Ochsner, Clerk

# United States District Court
## Southern District of Texas
### Houston Division

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § § | CIVIL ACTION NO 4:24-cv-02508 |
| Plaintiff, | § § § § | |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| TEMPUR SEALY INTERNATIONAL INC and MATTRES FIRM GROUP INC, | § § § § § | |
| Defendants. | § | |

### Minute Entry and Order

Minute entry for STATUS CONFERENCE before Judge Charles Eskridge on August 30, 2024. All parties present by video and represented by counsel.

The Court addressed the schedule for evidentiary hearing.

It was ORDERED that hearing will start as previously noticed on November 12, 2024.

Hearing days are at present anticipated to include November 12th–13th & 18th–22nd. The parties will advise during hearing by November 21st as to whether additional days will be needed on November 25th and 26th.

All other prior dates remain as scheduled.

SO ORDERED.

Signed on August 30, 2024, at Houston, Texas.

                                        Hon. Charles Eskridge
                                        United States District Judge