United States District Court
Southern District of Texas
**ENTERED**
September 16, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § § | CIVIL ACTION NO 4:24-cv-02508 |
| Plaintiff, | § § § | |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| TEMPUR SEALY INTERNATIONAL INC and MATTRESS FIRM GROUP INC, | § § § § § | |
| Defendants. | § | |

### MINUTE ENTRY AND ORDER

Minute entry for STATUS CONFERENCE before Judge Charles Eskridge on September 12, 2024. All parties present by video and represented by counsel.

The Court addressed a joint email to the Case Manager with respect to the timing of the deposition of Steve Rusing, Executive Vice President and Head of US Sales for Tempur Sealy.

For reasons stated on the record, it was ORDERED that the deposition will proceed during the week of September 23rd at a time agreed upon by the parties. If jointly agreed, the parties may proceed at an earlier time, including on September 13th as originally scheduled, so long as the deposition is held open to reconvene at a later date upon full review of all produced documents, if necessary.

S<small>O</small> <small>ORDERED</small>.

Signed on September 12, 2024, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge