United States District Court
Southern District of Texas
**ENTERED**
October 04, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § § § § § § § § § § § § § | CIVIL ACTION NO 4:24-cv-02508 |
| Plaintiff, | | |
| vs. | | JUDGE CHARLES ESKRIDGE |
| TEMPUR SEALY INTERNATIONAL INC and MATTRESS FIRM GROUP INC, | | |
| Defendants. | | |

## ORDER

By prior order, the parties are to file their joint prehearing statement on November 4, 2024. Evidentiary hearing is then scheduled to proceed on November 12th, with proposed findings of fact and conclusions of law due fourteen days after conclusion of the hearing. Dkt 107.

The Court is mindful in this regard that the parties need prompt decision following trial. The submission of proposed findings of fact and conclusions of law must therefore conform to the following guidelines:

- o The proposed findings and conclusions must be submitted in a single, well-organized document and in the order that the parties believe makes the most sense.
- o Where the parties agree as to findings and conclusions, use black font to specify clearly the areas of agreement.
- o Where the parties disagree, use different color fonts. For example, if the parties don't agree as to FoF 7, Plaintiff should submit its proposal in red,

      and Defendants should submit their proposal in blue.
- o Cite to specific testimony and evidence from the hearing. This is particularly important on any area where the parties disagree.

The parties are ORDERED to confer with these instructions in mind and, if necessary, propose at an appropriate time a different deadline for the submission of the joint proposed findings of fact and conclusions of law than that stated by prior scheduling order

SO ORDERED.

Signed on October 4, 2024, at Houston, Texas.

*（signature）*
Hon. Charles Eskridge
United States District Judge