United States District Court
Southern District of Texas
**ENTERED**
October 07, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § § | CIVIL ACTION NO 4:24-cv-02508 |
| Plaintiff, | § § § | |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| TEMPUR SEALY INTERNATIONAL INC and MATTRESS FIRM GROUP INC, | § § § § | |
| Defendants. | § | |

## MINUTE ENTRY AND ORDER

Minute entry for STATUS CONFERENCE before Judge Charles Eskridge on October 4, 2024. All parties present by video and represented by counsel.

The Court addressed the newly filed, related action of *Tempur Sealy International, Inc, et al v The Federal Trade Commission, et al*, 4:24-cv-03764, before the Southern District of Texas, Houston Division.

Defendants made clear that the new matter was indicated as related to this present matter, for assignment to this Court. Defendants also stated their position that issues in the new matter aren't suitable to presentation as affirmative defenses in this matter.

A question arose as to whether the enforcement action before the FTC need commence as presently scheduled on December 5, 2024. The FTC noted that a request for continuance was currently under advisement there. It stated further that such start date keys to statute, but that

it would be considering the necessary and appropriate start date as this action proceeds.

The Court advised of its unavailability to address matters over the next two weeks. The parties stated no anticipation of any issues requiring attention.

The parties should continue to confer in good faith regarding discovery and the potential for resolution.

SO ORDERED.

Signed on October 4, 2024, at Houston, Texas

*[signature]*
Hon. Charles Eskridge
United States District Judge