UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Federal Trade Commission<br>　　Plaintiff, | § § § § | CIVIL ACTION NO.<br>4:24–cv–02508 |
| vs. | § § | JUDGE CHARLES ESKRIDGE |
| Tempur Sealy International, Inc., et al.<br>　　Defendant. | § § § § | |

NOTICE OF SETTING

Take notice that a Status Conference is set as follows:

Thursday, October 24, 2024, at 11:30 AM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, by video
515 Rusk Street
Houston, Texas 77002