United States District Court

Southern District of Texas

Houston Division

| | | |
|---|---|---|
| Federal Trade Commission<br>　　Plaintiff, | §<br>§<br>§<br>§ | Civil Action No.<br>4:24–cv–02508 |
| vs. | §<br>§ | Judge Charles Eskridge |
| Tempur Sealy International, Inc., et al.<br>　　Defendant. | §<br>§<br>§<br>§ | |

Notice of Setting

Take notice that a Status Conference is set as follows:

Friday, November 1, 2024, at 02:30 PM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, by video
515 Rusk Street
Houston, Texas 77002