| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | No. 4:24-cv-02508 |
|---|---|---|---|
| | Federal Trade Commission, Plaintiff | | |
| | *versus* | | |
| | Tempur Sealy International, Inc. et al., Defendants | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Kevin B. Goldstein<br>Winston & Strawn LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601-9703<br>(312) 558-5869<br>kbgoldstein@winston.com<br>See attached page 2. |
|---|---|

| Name of party applicant seeks to appear for: | Non-Party Lowe's Companies, Inc. |
|---|---|

Has applicant been sanctioned by any bar association or court?　Yes _____　No ✓ _____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/8/2024 | Signed: | /s/ Kevin B. Goldstein |
|---|---|---|

The state bar reports that the applicant's status is:　Active

Dated: 11/15/2024　Clerk's signature　*Disa McKinnie-Richardson*

**Order**　　This lawyer is admitted *pro hac vice*.

Dated: November 19, 2024

*CRE*shridge*
United States District Judge