United States District Court
Southern District of Texas

**ENTERED**
November 19, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT　　　　　SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | | Case Number | |
|---|---|---|---|
| | | | |

*versus*

| |
|---|
| |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | |
|---|---|

| Name of party applicant seeks to appear for: | |
|---|---|

Has applicant been sanctioned by any bar association or court?　Yes _____　No _____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: | Signed: |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature　*Disa McKinnie-Richardson* |
|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated:　November 19, 2024

_____
*C. R. Eskridge*
United States District Judge