## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| Federal Trade Commission, | § § § | CIVIL ACTION NO. 4:24-cv-02508 |
|---|---|---|
| Plaintiff, | § § § § | JUDGE CHARLES ESKRIDGE |
| vs. | § § § § | |
| Tempur Sealy International, Inc., *et al.*, | | |
| Defendants. | | |

### TRIAL EXHIBIT LIST OF DEFENDANTS

| No. | Beg Bates Number(s) | Description | Offer | Object | Date Admit | Date N/Admit |
|---|---|---|---|---|---|---|
| 5966 | N/A | FRE 1006 Summary of Das Varma Bargaining Model Results | | | | |
| 5967 | N/A | FRE 1006 Summary of Tempur Sealy Sales 2017-2019 | | | | |
| 5968 | N/A | FRE 1006 Summary of Profits Across Das Varma Models | | | | |

Dated: November 19, 2024                                 Respectfully submitted,

*/s/ Sara Y. Razi*  
Sara Y. Razi (Pro Hac Vice)  
DC Bar No. 473647  
SIMPSON THACHER & BARTLETT LLP  
900 G Street, N.W.  
Washington, D.C. 20001  
(202) 636-5500  
sara.razi@stblaw.com  

***Attorney-In-Charge for Mattress Firm Group Inc.***

*/s/ Ryan A. Shores*  
Ryan A. Shores (Pro Hac Vice)  
DC Bar No. 500031  
CLEARY GOTTLIEB STEEN & HAMILTON LLP  
2112 Pennsylvania Ave., NW  
Washington, D.C. 20037  
(202) 974-1500  
rshores@cgsh.com  

***Attorney-In-Charge for Tempur Sealy International, Inc.***