**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| Federal Trade Commission, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:24-CV-02508 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| Tempur Sealy International, Inc., et. al., | § | |
| Defendants. | § | |

## SECOND SUPPLEMENTAL TRIAL EXHIBIT LIST OF PLAINTIFF FEDERAL TRADE COMMISSION
### (NOVEMBER 20, 2024)

| Exh. No. | PX No. | Begin Bates | Description | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|---|---|
| 5019 | PX0508 | PX0508-001 | Rule 1006 Exhibit: Sales of Premium Mattresses at Mattress Firm Around the Divorce | | | | |
| 5020 | PX0509 | PX0509-001 | Rule 1006 Exhibit: Unit Sales of Premium Mattresses by Channel | | | | |
| 5021 | PX0510 | PX0510-001 | Rule 1006 Exhibit: Mattress Firm Unit Sales of Mattresses by Price Points and Channel | | | | |
| 5022 | PX0511 | PX0511-001 | Rule 1006 Exhibit: Revenue Shares of Premium Mattresses (2022 Units) | | | | |
| 5023 | PX0512 | PX0512-001 | Rule 1006 Exhibit: Retail Dollar Shares of Premium Mattresses Sold at Mattress Firm and Prominent Retailers | | | | |

| Exh. No. | PX No. | Begin Bates | Description | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|---|---|
| 5024 | PX0513 | PX0513-001 | Rule 1006 Exhibit: Wholesale Unit Sales of Top Three Premium Mattress Vendors at Prominent Multi-Vendor Retailers (2023) | | | | |
| 5025 | PX0514 | PX0514-001 | Rule 1006 Exhibit: Retail Dollar Shares of Premium Mattresses Sold at Mattress Firm and Prominent Retailers with Proposed Divestiture | | | | |

Respectfully submitted,

<u>November 20, 2024</u>
Date

/s/ *Allyson Maltas*
Allyson Maltas
Attorney-in-Charge
DC Bar No. 494566 *(Pro Hac Vice)*
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.: (202) 326-3646
Email: amaltas@ftc.gov
*Counsel for Plaintiff*
*Federal Trade Commission*

2

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing on all counsel of record who have appeared in this matter via the Court's CM/ECF system on November 20, 2024.

>	*s/ Allyson M. Maltas*
>	Allyson M. Maltas
>	*Attorney-in-Charge*