| AO 435 (Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY |
|---|---|---|
| *Please Read Instructions:* | **TRANSCRIPT ORDER** | DUE DATE: |

| 1. NAME<br>Elizabeth A. Patton | 2. PHONE NUMBER<br>(612) 607-7202 | 3. DATE<br>12/16/2024 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL<br>epatton@foxrothschild.com | 5. CITY<br>Minneapolis | 6. STATE<br>MN | 7. ZIP CODE<br>55402 |
| 8. CASE NUMBER<br>4:24-cv-02508 | 9. JUDGE<br>Charles Eskridge | DATES OF PROCEEDINGS | |
| | | 10. FROM 11/18/2024 | 11. TO 11/18/2024 |
| 12. CASE NAME<br>FTC v. Tempur Sealy International, Inc., et al. | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Houston | 14. STATE TX |

**15. ORDER FOR**

- [ ] APPEAL
- [x] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [x] TESTIMONY (Specify Witness)<br>Melissa Barra, including<br>sealed portions - see order | 11/18/24 |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [x] | NO. OF COPIES 1 | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |
| | | | ESTIMATE TOTAL | | 0.00 |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| 18. SIGNATURE<br>/s/ Elizabeth A. Patton | PROCESSED BY |
|---|---|
| 19. DATE<br>12/16/2024 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:** COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

Case 4:24-cv-02508   Document 469   Filed on 12/18/24 in TXSD   Page 2 of 3

United States District Court
Southern District of Texas
**ENTERED**
December 16, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TEMPUR SEALY INTERNATIONAL, INC.<br><br>And<br><br>MATTRESS FIRM GROUP INC.,<br><br>　　　　Defendants. | Case No.  4:24-cv-02508 |

### ORDER GRANTING SLEEP NUMBER CORPORATION'S MOTION FOR PERMISSION TO RECEIVE SEALED PORTION OF TRANSCRIPT (DKT. 363)

Under consideration of Third Party Sleep Number Corporation's ("Sleep Number") Motion for Permission to Receive Sealed Portion of Transcript (Dkt. 363) ("Motion"), IT IS HEREBY ORDERED that:

(1)　The Motion is GRANTED; and

(2)　The Clerk of the Court is directed to provide Sleep Number with the sealed portions of the transcript filed at Dkt. 363 pertaining to the testimony of Sleep Number's representative, Melissa Barra.  Any sealed testimony of witnesses other than Ms. Barra's testimony shall not be provided to Sleep Number.

SO ORDERED.

Signed this 13th day of December, 2024.

```
_____
HON. CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE
```