# Exhibit A

## Slot Commitment

For a period of five (5) years from and after the acquisition by Tempur Sealy International, Inc. ("Tempur Sealy") of Mattress Firm Group, Inc. ("Mattress Firm"), Mattress Firm shall provide for placement of Third Party Premium Mattresses at least 43% of total Horizontal Premium Slots on average across all Mattress Firm stores that are open.

For purposes of this Commitment:

"Horizontal Premium Slots" means floor slots dedicated to the placement of Premium Mattresses horizontally (and not vertically) on the floors of Mattress Firm's retail stores.

"Third Party Premium Mattress" means a Premium Mattress the brand name of which is registered to a person other than Tempur Sealy, Mattress Firm and their Affiliates.

"Premium Mattress" means a mattress offered for sale at Mattress Firm retail stores with a Sales Price of at least $1,500.

"Sales Price" of a mattress means Mattress Firm's normal retail price advertised to consumers for such mattress, prior to any discounts or promotions.

"Affiliate" of any person means any other person that Controls, is Controlled by, or is under common Control with, the first person.

"Control" means (i) in the case of a corporation or limited liability company, ownership of more than 50 percent of the voting stock or membership interests in such corporation or limited liability company, (ii) in the case of a partnership, ownership of more than 50 percent of the profits interests or capital interests in such partnership, or (iii) in the case of any other entity, ownership of more than 50 percent of the beneficial interests in the entity.

"Minimum Performance Criteria" means performance requirements generally applicable to suppliers in the mattress industry including, among other items, delivery lead times, delivery On Time, In Full (OTIF) standards, product specifications (including quality and workmanship), acceptable rate of return tolerance, and mutually agreed and commercially reasonable financial targets.

Compliance with this Commitment will be determined annually, based on the average number of Horizontal Premium Slots dedicated to Third Party Premium Mattresses and the average number of total Horizontal Premium Slots, in each case during Mattress Firm's most recent fiscal year for all stores that are open on the last day of such fiscal year. Tempur Sealy will determine such compliance pursuant to procedures to be established by Tempur Sealy in conjunction with a nationally recognized independent accounting firm.

This Commitment shall be subject to the availability of Third Party Premium Mattresses that meet the Minimum Performance Criteria, and shall cease to be effective in the event that Tempur Sealy no longer Controls Mattress Firm.