UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
December 30, 2024
Nathan Ochsner, Clerk

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>*Plaintiff,*<br><br>vs.<br><br>TEMPUR SEALY INTERNATIONAL, INC. and MATTRESS FIRM GROUP INC.,<br><br>*Defendants*. | Civil Action No. 4:24-cv-02508<br><br><br>Judge Charles Eskridge |

## ORDER GRANTING UNOPPOSED MOTION FOR IN CAMERA TREATMENT OF THE PARTIES' DEPOSITION DESIGNATIONS

Under consideration of Non-Party Ashley Furniture Industries, LLC's Unopposed Motion for *In Camera* Treatment of the Parties' Deposition Designations (the "Motion"), **IT IS HEREBY ORDERED** that:

1) The Motion is GRANTED; and

2) The Court will accord *in camera* treatment to the portions of the deposition testimony of Brad Rogers that the Parties have designated that are identified in Appendix A to the Motion (the "Confidential Designations").

**IT IS FURTHER ORDERED** that should any Party offer any portions of the Confidential Designations as evidence in connection with this litigation, such portions of the Confidential Designations will be admitted under seal.

**SO ORDERED**.

**ENTERED**, this 30th day of December, 2024

_____
HON. CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE