# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| Federal Trade Commission,<br><br>      Plaintiff,<br><br>vs.<br><br>Tempur Sealy International, Inc., *et al.*,<br><br>      Defendants. | CIVIL ACTION NO. 4:24-cv-02508<br><br>Judge Charles Eskridge |

## NOTICE OF WITHDRAWAL OF COUNSEL FOR MATTRESS WAREHOUSE, LLC

Notice is hereby given that Andrew Finch is no longer counsel for Mattress Warehouse, LLC in this matter. Mattress Warehouse, LLC will continue to be represented by Eyitayo St. Matthew-Daniel and Thomas Rucker of Paul, Weiss, Rifkind, Wharton & Garrison.

Dated this 17th day of January, 2025.

              By: */s/ Andrew Finch*
              PAUL, WEISS, RIFKIND,
              WHARTON & GARRISON LLP
              1285 Avenue of the Americas
              New York, NY 10019-6064
              Tel. (212) 373-3417
              afinch@paulweiss.com

Eyitayo St. Matthew-Daniel
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel. (212) 373-3229
TStMatthewDaniel@paulweiss.com

Thomas Rucker
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Tel. (202) 223-7347
trucker@paulweiss.com

*Attorneys for Mattress Warehouse, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2025, a true and correct copy of the foregoing document was served in accordance with the Local Rules on all counsel of record via the Court's electronic filing system.

By: _/s/ Andrew Finch_____
Andrew Finch
