# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § § § | CIVIL ACTION NO. 4:24-cv-02508 |
| Plaintiff, | § § § | |
| vs. | § § | JUDGE CHARLES ESKRIDGE |
| TEMPUR SEALY INTERNATIONAL, INC., *et al.*, | § § § § § | |
| Defendants. | § | |

## ORDER

THIS MATTER IS BEFORE THE COURT on Plaintiff's Motion to Extend Temporary Restraining Order filed January 28, 2025. The Court issued a Temporary Restraining Order on July 16, 2024, ECF No. 42, wherein Defendants agreed to "extend the date before which they will not close the Proposed Acquisition until after the expected date by which this Court will rule on the preliminary injunction." *Id.* In the event that this Court denies the FTC's request for a preliminary injunction, the FTC has requested that the Court also extend the TRO by seven (7) days from the date the opinion is issued.

Having considered the Motion and the record,

IT IS THEREFORE ORDERED that Plaintiff's Motion is GRANTED.

SO ORDERED.

1

Signed on _____, at Houston, Texas.

                                                                _____
Hon. Charles Eskridge
United States District Judge