United States District Court
Southern District of Texas
**ENTERED**
February 26, 2025
Nathan Ochsner, Clerk

# United States District Court
## Southern District of Texas
### Houston Division

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § § | Civil Action No 4:24-cv-02508 |
| Plaintiff, | § § § | |
| vs. | § § § | Judge Charles Eskridge |
| TEMPUR SEALY INTERNATIONAL, INC, and MATTRESS FIRM GROUP INC, | § § § § § | |
| Defendants. | § | |

## Order

The parties, along with third parties who provided information under seal, were ordered to review all remaining redactions in the recent Opinion and Order towards justifying continued redactions now that the merger has closed. Dkt 512.

Updates with specified reasons were received by email from The Federal Trade Commission, Tempur Sealy, Inc, Serta Simmons Bedding, LLC, and Purple Innovation, LLC. The remaining requested redactions are reasonable, necessary, and very narrow with respect to competitively sensitive information. As such, the requested information will remain under seal. No formal briefing to maintain such redactions is necessary.

A revised version of the Opinion and Order will be docketed separately to reflect the remaining redactions.

So ordered.

Signed on February 26, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge