UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Federal Trade Commission,<br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>Tempur Sealy International, Inc., *et al.*,<br>　　　　　　　　　Defendants. | Civil Action No. 4:24-cv-02508<br><br>Judge Charles Eskridge |

**Stipulated Notice of Dismissal**

The FTC filed this case on July 2, 2024, seeking a preliminary injunction blocking Tempur Sealy's acquisition of Mattress Firm while the FTC pursued an administrative case against the acquisition. Compl., ECF No. 1. On January 31, 2025, this Court denied the FTC's request for a preliminary injunction. Order, ECF No. 507. On April 11, 2025, the FTC dismissed its administrative case.[1]

Accordingly, the parties hereby stipulate to the dismissal of this case under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own fees and costs.

---

[1] Order, *In re Tempur Sealy Int'l, Inc. & Mattress Firm Grp, Inc.*, No. 9433 (FTC Apr. 11, 2025), https://www.ftc.gov/system/files/ftc_gov/pdf/d9433_2025.04.11_commission_order_returning_matter_to_adjudication_and_dismissing_complaint.pdf.

1

April 16, 2025

| | |
|---|---|
| _/s/ Ryan A. Shores_ | _/s/ Allyson Maltas_ |
| *Counsel for and on behalf of Defendants Tempur Sealy International, Inc. and Mattress Firm Group Inc.* | *Counsel for and on behalf of Plaintiff the Federal Trade Commission* |